JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUBIA,<br><br>        Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>        Defendant. | Case No. ED CV 14-1890 JCG<br><br>**JUDGMENT** |

    IT IS ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

DATED: November 19, 2015

_____
Hon. Jay C. Gandhi
United States Magistrate Judge